UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.

                                               Case No. 1:13-mc-28-PB

John M. Woods


O R D E R

No objection having been filed, I herewith approve the Report
and Recommendation of Magistrate Judge Landya B. McCafferty dated
July 3, 2013.

The taxpayer, John M. Woods, is ordered to appear on August 19,
2013, at 9:30 a.m., at the IRS office located at 410 Amherst Street,
Suite 350, Nashua, New Hampshire, before Revenue Officer Allison
Vermette (or any other authorized Revenue Officer of the IRS) to give
testimony and produce all books and records in his possession or
control required and called for by the terms of the summons of
November 15, 2012.  The government agreed to waive its costs.

"'[O]nly those issues fairly raised by the objections to the
magistrate's report are subject to review in the district court and
those not preserved by such objection are precluded on appeal.'"
School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st
Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs.,
848 F.2d 271, 275 (1st Cir.1988)); see also United States v.

<u>Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).


      SO ORDERED.

                                 /s/ Paul J. Barbadoro
                                 Paul J. Barbadoro
                                 United States District Judge

Date: July 5, 2013

cc:  T. David Plourde, AUSA
     John M. Woods, pro se